Fred C. Strigl, appellant, v. Ciro Landise et al., appellees. Gen. No. 39,709.

Opinion filed January 10, 1938.

Marx Loehwing and G. A. Buresh, for appellant. Jaffe & Green, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

People of the State of Illinois ex rel. Adam Boczkowski, for and on behalf of Albert Boczkowski, minor, appellant, v. Stanley Bogdan and Mary Boczkowski Bogdan, appellees. Gen. No. 39,730.

Opinion filed January 10, 1938.

Grenville Beardsley, for appellant. McClanahan & McClanahan, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

City of Evanston, appellee, v. Al Ware, appellant. Gen. No. 39,739.

Opinion filed January 10, 1938. Rehearing denied January 24, 1938.

Erwin F. Stolle, for appellant. Edward T. Arnold, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Leo Daracius, administrator of estate of Leon Daracius, deceased, appellee, v. Alzbieta Klimowicz, appellant. Gen. No. 39,786.

Opinion filed January 10, 1938.

John B. Borden, for appellant; Clarence T. Morse, of counsel. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.